**HORNING ROOFING & SHEET METAL CO., LLC**
**EMPLOYEE BENEFIT TRUST**

001127

Z  1  CENTRAL NINE CAREER CENTER      Check Date: 10/11/12     Check No.: 001127

| INVOICE NO. | INVOICE DATE | REFERENCE | GROSS | DISCOUNT | NET AMOUNT |
|---|---|---|---|---|---|
| 10/11/12 | 10/11/12 | | 370.00 | .00 | 370.00 |
| | | TOTAL ..... | 370.00 | .00 | 370.00 |

FORM# MAX-253LE   Rev. (4/98)   Maxwell Systems Forms Division (866) 203-7300   IN517697

**HORNING ROOFING & SHEET METAL CO., LLC**
**EMPLOYEE BENEFIT TRUST**

001127

Z  1  CENTRAL NINE CAREER CENTER      Check Date: 10/11/12     Check No.: 001127

| INVOICE NO. | INVOICE DATE | REFERENCE | GROSS | DISCOUNT | NET AMOUNT |
|---|---|---|---|---|---|
| 10/11/12 | 10/11/12 | | 370.00 | .00 | 370.00 |
| | | TOTAL ..... | 370.00 | .00 | 370.00 |



PLAINTIFF'S EXHIBIT 10

8

CENTRAL NINE CAREER CENTER

$370.00

FRANK REESE (EMPLOYEE TRAINING)

PER CHUCK BIBLER

8102-01

CONFIDENTIAL

H00704

**Central Nine Career Center**
Adult and Continuing Education
1999 US Hwy 31 South
Greenwood IN 46143
(317) 882-2088
10/11/12

---

Welding-All Skill Levels   # 12TAV106-22
10/22/12   -   12/05/12          M and W from 5:00 PM to 8:30 PM
Central 9
Items needed for 1st week:
Safety glasses           Welding cap
Long sleeve shirt        Leather shoes
Jeans (not torn or cut   Helmet
Gloves                   Channel locks

*Enrollment Fee:*  Registration Fee              $370.00

| Payments | (Check ) Receipt # C0004179 | $370.00 |
|---|---|---|
| **TOTAL DUE:** $370.00 | **TOTAL PAID:** | $370.00 |
|  | **BALANCE DUE:** | $0.00 |

Items needed for 1st week:
This confirms registration in the class(es) shown.

Frank I Reese
2340 Enterprise Park Place
Indianapolis IN 46218