**HORNING ROOFING & SHEET METAL CO., LLC**
**EMPLOYEE BENEFIT TRUST**

001114

TASC TOTAL ADMINISTRATIVE SERVICES

Check Date: 06/27/12  Check No.: 001114

| INVOICE NO. | INVOICE DATE | REFERENCE | GROSS | DISCOUNT | NET AMOUNT |
|---|---|---|---|---|---|
| 32082390 | 04/12/12 | | 140.00 | .00 | 140.00 |
| | | TOTAL ..... | 140.00 | .00 | 140.00 |

FORM# MAX-253LE  Rev. (4/98)  Maxwell Systems Forms Division (866) 203-7300  IN517697


PLAINTIFF'S EXHIBIT 12

CONFIDENTIAL

H00556



JUNE 15, 2012

# STATEMENT

*OK TO PAY.*
*6/25/12*
*RM.*

KEVIN MOORE
ARDSLEY MAINTENANCE SERVICES,
2340 ENTERPRISE PARK PL STE A
INDIANAPOLIS, IN 46218-4296

## FLEXSYSTEM PLAN ADMINISTRATION

This invoice reflects the payment due for the period of service indicated. The amount of your payment is based on the number of participants in your Plan at the time of the billing. If you have any questions regarding this invoice, contact TASC Client Services at 1-800-422-4661. We appreciate your business and prompt attention to this matter.

Failure to pay an invoice by the Service Charge Date below will result in a Service Charge of $20.00 being charged to your account. Failure to remit the full amount in a timely manner may result in cancellation of your plan and a loss of benefits.

| | | | |
|---|---|---|---|
| | | Invoice Date: | 04/12/2012 |
| Plan Number: | A345 | Fee: | 120.00 |
| Service Period: | 06/01/2012 - 06/30/2012 | Sales Tax: | 0.00 |
| Invoice Number: | 3200082390 | Service Charge: | 20.00 |
| Service Charge Date: | 06/11/2012 | Total Due: | 140.00 |
| | | Date Due: | 04/26/2012 |

Please indicate the amount enclosed: 140.00

ADMINISTRATION FEE  $120.00

Check number: 1114

Return entire form with check to:
TASC - Client Invoices
PO Box 88278
Milwaukee, WI 53288-0001

# A345                    3200082390

27

38295






MAY 23, 2012

# STATEMENT

KEVIN MOORE
ARDSLEY MAINTENANCE SERVICES,
2340 ENTERPRISE PARK PL STE A
INDIANAPOLIS, IN 46218-4296



OK TO PAY.
6/1/12
RM.

## FLEXSYSTEM PLAN ADMINISTRATION

This invoice reflects the payment due for the period of service indicated. The amount of your payment is based on the number of participants in your Plan at the time of the billing. If you have any questions regarding this invoice, contact TASC Client Services at 1-800-422-4661. We appreciate your business and prompt attention to this matter.

Failure to pay an invoice by the Service Charge Date below will result in a Service Charge of $20.00 being charged to your account. Failure to remit the full amount in a timely manner may result in cancellation of your plan and a loss of benefits.

| | | | |
|---|---|---|---|
| | | **Invoice Date:** | 04/12/2012 |
| **Plan Number:** | A345 | **Fee:** | 120.00 |
| **Service Period:** | 06/01/2012 - 06/30/2012 | **Sales Tax:** | 0.00 |
| **Invoice Number:** | 3200082390 | **Service Charge:** | |
| **Service Charge Date:** | 06/11/2012 | **Total Due:** | 120.00 |
| | | **Date Due:** | 04/26/2012 |

Please indicate the amount enclosed:

ADMINISTRATION FEE    $120.00        Check number

Return entire form with check to:
TASC - Client Invoices
PO Box 88278
Milwaukee, WI 53288-0001

# A345                3200082390

27

38295


CONFIDENTIAL                    H00555