UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA *ex rel.* SHEET METAL WORKERS INTERNATIONAL ASSOCIATION, LOCAL UNION NO. 20, | ) ) ) ) | |
| *Plaintiff-Relator*, | ) ) | No. 1:12-cv-00830-JMS-TAB |
| *vs.* | ) ) ) | |
| HORNING INVESTMENTS, LLC, d/b/a HORNING ROOFING & SHEET METAL COMPANY, LLC, | ) ) ) ) | |
| *Defendant*. | ) | |

**FINAL JUDGMENT PURSUANT TO FED. R. CIV. PRO. 58**

For the reasons detailed in the Court's Order entered this day, the Court now enters **FINAL JUDGMENT** in this action in favor of Defendant Horning Investments, LLC d/b/a Horning Roofing & Sheet Metal Company, LLC ("Horning") and against Plaintiff-Relator United States of America *ex rel.* Sheet Metal Workers International Association, Local Union No. 20 (the "Union"), such that the Union shall take nothing by way of this action.

Dated: December 4, 2014

_____
Hon. Jane Magnus-Stinson, Judge
United States District Court
Southern District of Indiana

Laura A. Briggs, Clerk of Court

By: _____
Deputy Clerk

**Distribution via ECF only to all counsel of record**